[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

————————————————

No. 19-13606
Non-Argument Calendar

————————————————

D.C. Docket No. 1:17-cr-00246-KD-MU-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LASIEKA JAUWANE LEE,
a.k.a. Momo,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Southern District of Alabama

————————————————

(March 17, 2020)

Before GRANT, LAGOA, and HULL, Circuit Judges.

PER CURIAM:

Arthur Madden, appointed counsel for Lasieka Lee in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  The Government has moved to enforce the appeal waiver contained in Lee's plea agreement.

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Lee's plea agreement is GRANTED to the extent that Lee seeks to appeal her sentence.  *See United States v. Bushert*, 997 F.2d 1343, 1350–51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) ("An appeal waiver includes the waiver of the right to appeal difficult or debatable legal issues or even blatant error."); *United States v. Puentes-Hurtado*, 794 F.3d 1278, 1284–85 (11th Cir. 2015) (appeal waivers do not bar challenges to the enforceability of the plea agreement or validity of the plea).

Further, our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lee's conviction and sentence are **AFFIRMED**.